*11
 
 MáNly, J.
 

 It is clear, upon the authority of the case of
 
 McMichal v. Moore, 3
 
 Jones’ Eq. Rep. 471, that the father, upon the death of his son, took his entire interest in the land, in question, and the half sisters, not being of the blood of the transmitting ancestor took nothing. In making, therefore, the sisters parties complainant, there has been a misjoinder, for which defendants may demur. (See Story’s Eq. Pl. S. 544, and the cases there cited.)
 

 The order below is affirmed, the demurrer is sustained, and the bill dismissed without prejudice, but at the plaintiffs’ costs.
 

 Pee, Cueiam, ■ Decree accordingly.